# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.   CR 20-00597 SB | Date   September 14, 2021 |

Present: The Honorable   Stanley Blumenfeld Jr.

| Victor Paul Cruz | Patricia Cuneo | Charles E. Pell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Steven R. Goldstein | ☐ | x | Dana Michael Cole | x | ☐ | ☐ | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   x Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   _X_ Refer to separate Judgment Order.

___ Imprisonment for   Years/months   on each of counts _____

Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make $_____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of $_____

___ Imprisonment for   months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at $_____
___ Filed and distributed judgment. ENTERED.
___ Other

: 0/44

Initials of Deputy Clerk   vpc

cc: